HENRY FARR

*vs.*

LEWISTON, AUGUSTA AND WATERVILLE STREET RAILWAY.

Androscoggin County. Decided September 16, 1910. The plaintiff's wife was a passenger upon one of the defendant's cars. Owing to a defective brake, the car going down hill got beyond the control of the motorman and ran away. The plaintiff's wife either jumped, or was thrown from the car. She was seriously injured. This suit was brought by the plaintiff to recover compensation for the loss of the service, society and companionship of his wife, and for expenses, medicine, medical attendance and nursing, incurred in trying to cure her of her injuries. Verdict for plaintiff for $3,500.48. Defendant filed a general motion for a new trial. Overruled. *McGillicuddy & Morey*, for plaintiff. *Newell & Skelton*, for defendant.

---

JOHN WALKER *vs.* CHARLES LITTLEFIELD.

Somerset County. Decided September 28, 1910. Action on the case to recover damages for injuries inflicted on the plaintiff's mare in a collision with the defendant's automobile, so that she died. Verdict for plaintiff for $82.50. Defendant moved for a new trial. Motion overruled. *George H. Morse*, for plaintiff. *Butler & Butler*, for defendant.